IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENNIS LEE HOHOL,

    Petitioner,

                                        JUDGMENT IN A CIVIL CASE

v.                                                       Case No. 10-cv-822-bbc

MICHAEL DITTMAN, Warden,

    Respondent.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petition of Dennis Lee Hohol for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed without prejudice for petitioner's failure to obtain the authorization required by 28 U.S.C. § 2244(b)(3)(A).

_____      1/25/11
Peter Oppeneer, Clerk of Court            Date